DAVIS BERSIN and Others v. JOHN BOATH, JUNR. & Co., LTD.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

AUGUSTA LANDES v. LEONARD LANDES.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

H. M. GOLDSTEIN COMPANY, INC., v. NADAY & FLEISCHER, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of FREDERICK W. LINCOLN and Others and NATHAN GARTEN.— Motion for leave to appeal denied, with ten dollars costs; motion for stay granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LEO FLATOW v. SLOAN DANENHOWER COMPANY, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WILLIAM W. NILES v. EDWARD W. HAVENS and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MARTHA E. GROPPER v. CHARLES GROPPER and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

HERMAN REINHEIMER v. JOHN E. LIGGETT.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FRED A. GORDON and Others v. HENRY WITTY and Others.— Motion to resettle order granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CARAVEL COMPANY, INC., v. INTERNATIONAL HIGH SPEED STEEL COMPANY.—Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of MARY A. SULLIVAN v. JOHN HILL.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BOND AND MORTGAGE GUARANTEE COMPANY v. CHARLES R. TEMPLE, Impleaded, etc.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.